IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RHONDA MENGERT,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 21-CV-00443-CVE-SH |

**Motion to Withdraw as Attorney of Record**

COMES NOW Rachael F. Zintgraff and moves the Court to allow her withdrawal as attorney of record in the above-styled case. In support of this motion, counsel states she is leaving the U.S. Attorney's Office for the Northern District of Oklahoma and will no longer represent the Defendant, the United States of America. Defendant will continue to be represented by co-counsel who have previously entered an appearance in this case.

Dated this 31st day of March, 2022.

Respectfully submitted,

UNITED STATES OF AMERICA

CLINTON J. JOHNSON
United States Attorney

s/ Rachael F. Zintgraff
RACHAEL F. ZINTGRAFF, OBA #31597
Assistant United States Attorney
110 West 7th Street, Suite 300
Tulsa, Oklahoma 74119-1013
Telephone (918) 382-2700
Facsimile (918) 560-7948
Rachael.Zintgraff@usdoj.gov

## Certificate of Service

  I hereby certify that on March 31, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filings to the parties entitled to receive notice.

                s/ Michelle Hammock
                MICHELLE HAMMOCK
                Paralegal Specialist